UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KEVIN TAYLOR,
    Petitioner

V.                    CIVIL ACTION NO. 05-10221-DPW

DAVID L. WINN,
    Respondent

## ORDER

WOODLOCK, District Judge

    The Clerk of this Court is hereby ordered to serve a copy of the **Petition for a Writ of Habeas Corpus (28 U.S.C. 2241),** by mailing a copies of same, certified mail, to the Respondent.

    It is Further Ordered that the Respondent shall, within 20 days of receipt of this Order, but no later than **12:00 NOON ON MARCH 7, 2005,** ELECTRONICALLY file a dispositive motion, or other responsive pleading, if a dispositive motion is not appropriate, to the Petition for a Writ of Habeas Corpus.

    The Court further requests the Respondent, as part of the response, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state or other remedies with respect to the matters raised by the Petition.

                                                BY THE COURT,

                                                /s/ Michelle Rynne
                                                Deputy Clerk

DATED: February 7, 2005