```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| KEVIN TAYLOR,           )<br>                         )<br>     Petitioner,        )<br>                         )<br>v.                       )    Civil Action No. 05-10221-DPW<br>                         )<br>DAVID L. WINN, Warden,   )<br>                         )<br>     Respondent.         )<br>                         ) |  |

## DEFENDANT'S MOTION TO DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

As more fully demonstrated in the accompanying Memorandum in Support, the respondent, David L. Winn, Warden for the Federal Medical Center Devens, Ayer, Massachusetts ("FMC Devens"), respectfully requests that this Court dismiss the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the petitioner has failed to state a claim upon which relief can be granted.

```
                         Respectfully submitted,

                         UNITED STATES OF AMERICA
                         By its attorney,

                         MICHAEL J. SULLIVAN
                         United States Attorney

Dated March 14, 2005   By:  /S/ Christopher R. Donato
                            Christopher R. Donato
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            John Joseph Moakley Courthouse
                            Suite 9200
                            1 Courthouse Way
                            Boston, MA 02210
                            (617) 748-3100
```

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the *pro se* plaintiff:

Kevin Taylor, Inmate
Federal Registry No. 03421-068
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

Dated: March 14, 2005            /S/ Christopher R. Donato
                                 Christopher R. Donato
                                 Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

Because the *pro se* plaintiff is a prisoner currently incarcerated in a federal correctional facility, counsel for the respondent respectfully requests leave to file this Motion without a 7.1 conference.

Dated: March 14, 2005            /S/ Christopher R. Donato
                                 Christopher R. Donato
                                 Assistant U.S. Attorney