UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN TAYLOR,
    Petitioner,

v.

CIVIL ACTION NO.
05-10221-DPW

DAVID L. WINN, WARDEN,
    Respondent.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered June 8, 2005, granting the Respondent's Motion to Dismiss, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: June 9, 2005