***UNITED STATES DISTRICT COURT***
***DISTRICT OF MASSACHUSETTS***

---

USCA Docket Number:

USDC Docket Number : 05-cv-10221

Kevin Taylor

v.

David L. Winn, Warden

---

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/27/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 12, 2005.

Sarah A Thornton, Clerk of Court

By: [signature]
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/13/05.

[signature]
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

APPEAL, HABEAS

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10221-DPW

Taylor v. Winn
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 02/04/2005
Jury Demand: None
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Petitioner**

**Kevin Taylor** represented by **Kevin Taylor**
03421-068
Devens FMC
P O Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**Warden David L. Winn** represented by **Christopher R. Donato**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3303
Fax: 617-748-3972
Email: chris.donato@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $, receipt number , filed by Kevin Taylor.(Nici, Richard) (Entered: 02/04/2005) |
| 02/02/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Nici, Richard) (Entered: 02/04/2005) |
| 02/07/2005 | 2 | Judge Douglas P. Woodlock : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Rynne, Michelle) (Entered: 02/07/2005) |
| 02/15/2005 | | Receipt#62132 $50 for Petition of Habeas Corpus. (Nici, Richard) (Entered: 02/22/2005) |
| 03/02/2005 | 3 | First MOTION for Extension of Time to March 14, 2005 (7 days) to File Answer *or other responsive pleading* by David L. Winn.(Donato, Christopher) (Entered: 03/02/2005) |
| 03/03/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer re 1 Petition for Writ of Habeas Corpus (2241) David L. Winn. Response due 3/14/2005. (Rynne, Michelle) (Entered: 03/03/2005) |
| 03/14/2005 | 4 | First MOTION to Dismiss *Petition for Writ of Habeas Corpus* by David L. Winn.(Donato, Christopher) (Entered: 03/14/2005) |
| 03/14/2005 | 5 | MEMORANDUM in Support re 4 First MOTION to Dismiss *Petition for Writ of Habeas Corpus* filed by David L. Winn. (Attachments: # 1 Affidavit with |

| | | |
|---|---|---|
| | | exhibits# 2 Exhibit remaining exhibits to affidavit) (Donato, Christopher) (Entered: 03/14/2005) |
| 03/24/2005 | 6 | Petitioner's opposition to defendant's to 4 motion to Dismiss petition for writ of Habeas Corpus by Kevin Taylor. (Attachments: # 1 Memorandum in Support) (Nici, Richard) Text Modified on 4/4/2005 (Rynne, Michelle). (Entered: 03/29/2005) |
| 04/04/2005 | | Motions terminated: 6 MOTION to Dismiss filed by Kevin Taylor. Docket entry Corrected to read opposition to 4 motion to dismiss. (Rynne, Michelle) (Entered: 04/04/2005) |
| 06/08/2005 | 7 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 4 Motion to Dismiss (Woodlock, Douglas) (Entered: 06/08/2005) |
| 06/09/2005 | 8 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 06/09/2005) |
| 06/27/2005 | 9 | NOTICE OF APPEAL by Kevin Taylor. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/18/2005. (Nici, Richard) Made a copy and forwarded to Jeanette Ramos 7/11/2005 (Nici, Richard). Notice is unscannable. (Entered: 06/29/2005) |