# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2058
DC No. 05-10221

KEVIN TAYLOR

Petitioner - Appellant

v.

DAVID L. WINN, Warden

Respondent - Appellee

**ORDER OF COURT**
**Entered: July 28, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:

Richard Cushing Donovan, Clerk
**JULIE GREGG**
By:_____
Operations Supervisor

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date: 07/28/05

[Certified Copies to the Honorable Douglas P. Woodlock, Susan A. Thornton, Clerk USDC]
[cc: Kevin G. Taylor, Christopher R. Donato, AUSA]

05-2058

# UNITED STATES DISTRICT COURT

District of **MASSACHUSSETTS**

Kevin Taylor
    Plaintiff

V.

David L. Winn, Warden
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: CIVIL ACTION NO.
05-10221-DPW

I, **Kevin Taylor**, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant      ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **FMC-Devens, P.O. Box 879 Ayer, MA**

    Are you employed at the institution? **Yes**   Do you receive any payment from the institution? **Yes**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **$5.00 a month; Bureau of Prisons, FMC-Devens**

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    **N/A**

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Statement



| | |   | | |
|---|---|---|---|---|
| Inmate Reg #: | 03421068 | | Current Institution: | Devens FMC |
| Inmate Name: | TAYLOR, KEVIN | | Housing Unit: | J SOMP |
| Report Date: | 06/23/2005 | | Living Quarters: | Z01-111UDS |
| Report Time: | 9:25:23 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/14/2005 7:45:38 AM | | 866 | | PLRA Payment | ($49.55) | | $395.06 |
| DEV | 6/13/2005 4:15:11 PM | 83 | | | Sales | ($12.75) | | $444.61 |
| DEV | 6/13/2005 1:08:04 PM | 33318005 | | | Western Union | $50.00 | | $457.36 |
| DEV | 6/10/2005 6:43:06 PM | ITS0610 | | | ITS Withdrawal | ($3.00) | | $407.36 |
| DEV | 6/9/2005 8:19:26 PM | ITS0609 | | | ITS Withdrawal | ($5.00) | | $410.36 |
| DEV | 6/8/2005 8:02:54 PM | ITS0608 | | | ITS Withdrawal | ($2.00) | | $415.36 |
| DEV | 6/6/2005 8:25:35 PM | ITS0606 | | | ITS Withdrawal | ($5.00) | | $417.36 |
| DEV | 6/6/2005 5:10:14 PM | ITS0606 | | | ITS Withdrawal | ($6.00) | | $422.36 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $5.25 | | $428.36 |
| DEV | 6/5/2005 6:58:57 PM | ITS0605 | | | ITS Withdrawal | ($2.00) | | $423.11 |
| DEV | 6/4/2005 5:27:35 AM | 70134101 | | | Lockbox - CD | $50.00 | | $425.11 |
| DEV | 6/4/2005 5:27:35 AM | 5DEVD040 - 305 | | | Debt Encumbrance | | ($7.31) | -------- |
| DEV | 6/2/2005 6:41:22 PM | ITS0602 | | | ITS Withdrawal | ($8.00) | | $375.11 |
| DEV | 5/25/2005 2:51:10 PM | 5DEVD040 | 803 | | Initial PLRA Pymt | ($97.69) | | $383.11 |
| DEV | 5/23/2005 5:37:23 PM | ITS0523 | | | ITS Withdrawal | ($10.00) | | $480.80 |
| DEV | 5/19/2005 6:09:42 PM | ITS0519 | | | ITS Withdrawal | ($7.00) | | $490.80 |
| DEV | 5/18/2005 5:13:49 PM | 66 | | | Sales | ($23.05) | | $497.80 |
| DEV | 5/17/2005 6:25:48 PM | ITS0517 | | | ITS Withdrawal | ($5.00) | | $520.85 |
| DEV | 5/13/2005 6:12:23 PM | ITS0513 | | | ITS Withdrawal | ($10.00) | | $525.85 |
| DEV | 5/12/2005 2:12:06 PM | 775-V | | | Initial PLRA Pymt | $98.33 | | $535.85 |
| DEV | 5/12/2005 1:56:49 PM | 5DEVD039 | 775 | | Initial PLRA Pymt | ($98.33) | | $437.52 |
| DEV | 5/11/2005 7:52:25 PM | ITS0511 | | | ITS Withdrawal | ($5.00) | | $535.85 |
| DEV | 5/9/2005 8:07:32 PM | ITS0509 | | | ITS Withdrawal | ($5.00) | | $540.85 |
| DEV | 5/9/2005 4:40:38 PM | ITS0509 | | | ITS Withdrawal | ($5.00) | | $545.85 |
| DEV | 5/8/2005 7:06:03 PM | 33315505 | | | Western Union | $50.00 | | $550.85 |
| DEV | 5/7/2005 7:56:52 PM | ITS0507 | | | ITS Withdrawal | ($5.00) | | $500.85 |
| DEV | 5/4/2005 10:30:39 PM | ITS0504 | | | ITS Withdrawal | ($5.00) | | $505.85 |
| DEV | 5/4/2005 10:08:43 AM | 5JV093 | | | Payroll - IPP | $5.25 | | $510.85 |
| DEV | 5/2/2005 6:27:17 PM | ITS0502 | | | ITS Withdrawal | ($5.00) | | $505.60 |
| DEV | 5/2/2005 5:18:06 AM | 70131703 | | | Lockbox - CD | $50.00 | | $510.60 |
| DEV | 5/1/2005 2:47:09 PM | ITS0501 | | | ITS Withdrawal | ($10.00) | | $460.60 |
| DEV | 4/28/2005 9:56:37 PM | ITS0428 | | | ITS Withdrawal | ($5.00) | | $470.60 |
| DEV | 4/27/2005 8:42:06 PM | ITS0427 | | | ITS Withdrawal | ($5.00) | | $475.60 |

http://140.1.9.16/umr/InmateStatementCombined.aspx

| | | | | | |
|---|---|---|---|---|---|
| DEV | 4/23/2005 6:08:22 PM | ITS0423 | ITS Withdrawal | ($5.00) | $480.60 |
| DEV | 4/22/2005 9:56:35 PM | ITS0422 | ITS Withdrawal | ($5.00) | $485.60 |
| DEV | 4/20/2005 7:19:21 PM | ITS0420 | ITS Withdrawal | ($4.00) | $490.60 |
| DEV | 4/19/2005 5:15:09 PM | ITS0419 | ITS Withdrawal | ($6.00) | $494.60 |
| DEV | 4/12/2005 6:40:06 PM | ITS0412 | ITS Withdrawal | ($5.00) | $500.60 |
| DEV | 4/9/2005 1:41:26 PM | ITS0409 | ITS Withdrawal | ($5.00) | $505.60 |
| DEV | 4/8/2005 7:07:15 PM | ITS0408 | ITS Withdrawal | ($5.00) | $510.60 |
| DEV | 4/6/2005 8:47:41 PM | ITS0406 | ITS Withdrawal | ($5.00) | $515.60 |
| DEV | 4/5/2005 10:22:50 AM | 5JV081 | Payroll - IPP | $5.25 | $520.60 |
| DEV | 4/4/2005 6:48:44 PM | ITS0404 | ITS Withdrawal | ($5.00) | $515.35 |
| DEV | 4/1/2005 7:47:13 PM | ITS0401 | ITS Withdrawal | ($5.00) | $520.35 |
| DEV | 4/1/2005 4:44:27 PM | ITS0401 | ITS Withdrawal | ($5.00) | $525.35 |
| DEV | 3/25/2005 6:47:38 PM | ITS0325 | ITS Withdrawal | ($5.00) | $530.35 |
| DEV | 3/23/2005 8:12:05 PM | ITS0323 | ITS Withdrawal | ($5.00) | $535.35 |
| DEV | 3/21/2005 6:29:18 PM | ITS0321 | ITS Withdrawal | ($5.00) | $540.35 |
| DEV | 3/20/2005 9:51:18 PM | ITS0320 | ITS Withdrawal | ($5.00) | $545.35 |
| DEV | 3/18/2005 5:51:09 PM | ITS0318 | ITS Withdrawal | ($5.00) | $550.35 |

1 2 3

Total Transactions: 137

Totals:    ($220.79)    ($7.31)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $387.75 | $0.00 | $7.31 | $0.00 | $0.00 | $0.00 | $0.00 | $395.06 |
| Totals: | $387.75 | $0.00 | $7.31 | $0.00 | $0.00 | $0.00 | $0.00 | $395.06 |