AO 240 (Rev. 10/03)

05-2058

# UNITED STATES DISTRICT COURT

District of __MASSACHUSSETTS__

Kevin Taylor
Plaintiff

V.

David L. Winn, Warden
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

SC

CASE NUMBER: CIVIL ACTION NO.
05-10221-DPW

I, __Kevin Taylor__, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FMC-Devens, P.O. Box 879, Ayer, MA__

   Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __$5.00 a month; Bureau of Prisons, FMC-Devens__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   __N/A__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 03421068 | | Current Institution: | Devens FMC |
| Inmate Name: | TAYLOR, KEVIN | | Housing Unit: | J SOMP |
| Report Date: | 06/23/2005 | | Living Quarters: | Z01-111UDS |
| Report Time: | 9:25:23 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/14/2005 7:45:38 AM | | | 866 | PLRA Payment | ($49.55) | | $395.06 |
| DEV | 6/13/2005 4:15:11 PM | 83 | | | Sales | ($12.75) | | $444.61 |
| DEV | 6/13/2005 1:08:04 PM | 33318005 | | | Western Union | $50.00 | | $457.36 |
| DEV | 6/10/2005 6:43:06 PM | ITS0610 | | | ITS Withdrawal | ($3.00) | | $407.36 |
| DEV | 6/9/2005 8:19:26 PM | ITS0609 | | | ITS Withdrawal | ($5.00) | | $410.36 |
| DEV | 6/8/2005 8:02:54 PM | ITS0608 | | | ITS Withdrawal | ($2.00) | | $415.36 |
| DEV | 6/6/2005 8:25:35 PM | ITS0606 | | | ITS Withdrawal | ($5.00) | | $417.36 |
| DEV | 6/6/2005 5:10:14 PM | ITS0606 | | | ITS Withdrawal | ($6.00) | | $422.36 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $5.25 | | $428.36 |
| DEV | 6/5/2005 6:58:57 PM | ITS0605 | | | ITS Withdrawal | ($2.00) | | $423.11 |
| DEV | 6/4/2005 5:27:35 AM | 70134101 | | | Lockbox - CD | $50.00 | | $425.11 |
| DEV | 6/4/2005 5:27:35 AM | 5DEVD040 - 305 | | | Debt Encumbrance | | ($7.31) | ------- |
| DEV | 6/2/2005 6:41:22 PM | ITS0602 | | | ITS Withdrawal | ($8.00) | | $375.11 |
| DEV | 5/25/2005 2:51:10 PM | 5DEVD040 | | 803 | Initial PLRA Pymt | ($97.69) | | $383.11 |
| DEV | 5/23/2005 5:37:23 PM | ITS0523 | | | ITS Withdrawal | ($10.00) | | $480.80 |
| DEV | 5/19/2005 6:09:42 PM | ITS0519 | | | ITS Withdrawal | ($7.00) | | $490.80 |
| DEV | 5/18/2005 5:13:49 PM | 66 | | | Sales | ($23.05) | | $497.80 |
| DEV | 5/17/2005 6:25:48 PM | ITS0517 | | | ITS Withdrawal | ($5.00) | | $520.85 |
| DEV | 5/13/2005 6:12:23 PM | ITS0513 | | | ITS Withdrawal | ($10.00) | | $525.85 |
| DEV | 5/12/2005 2:12:06 PM | 775-V | | | Initial PLRA Pymt | $98.33 | | $535.85 |
| DEV | 5/12/2005 1:56:49 PM | 5DEVD039 | | 775 | Initial PLRA Pymt | ($98.33) | | $437.52 |
| DEV | 5/11/2005 7:52:25 PM | ITS0511 | | | ITS Withdrawal | ($5.00) | | $535.85 |
| DEV | 5/9/2005 8:07:32 PM | ITS0509 | | | ITS Withdrawal | ($5.00) | | $540.85 |
| DEV | 5/9/2005 4:40:38 PM | ITS0509 | | | ITS Withdrawal | ($5.00) | | $545.85 |
| DEV | 5/8/2005 7:06:03 PM | 33315505 | | | Western Union | $50.00 | | $550.85 |
| DEV | 5/7/2005 7:56:52 PM | ITS0507 | | | ITS Withdrawal | ($5.00) | | $500.85 |
| DEV | 5/4/2005 10:30:39 PM | ITS0504 | | | ITS Withdrawal | ($5.00) | | $505.85 |
| DEV | 5/4/2005 10:08:43 AM | 5JV093 | | | Payroll - IPP | $5.25 | | $510.85 |
| DEV | 5/2/2005 6:27:17 PM | ITS0502 | | | ITS Withdrawal | ($5.00) | | $505.60 |
| DEV | 5/2/2005 5:18:06 AM | 70131703 | | | Lockbox - CD | $50.00 | | $510.60 |
| DEV | 5/1/2005 2:47:09 PM | ITS0501 | | | ITS Withdrawal | ($10.00) | | $460.60 |
| DEV | 4/28/2005 9:56:37 PM | ITS0428 | | | ITS Withdrawal | ($5.00) | | $470.60 |
| DEV | 4/27/2005 8:42:06 PM | ITS0427 | | | ITS Withdrawal | ($5.00) | | $475.60 |

| Alpha | Date | Ref | Description | Amount | Balance |
|---|---|---|---|---|---|
| DEV | 4/23/2005 6:08:22 PM | ITS0423 | ITS Withdrawal | ($5.00) | $480.60 |
| DEV | 4/22/2005 9:56:35 PM | ITS0422 | ITS Withdrawal | ($5.00) | $485.60 |
| DEV | 4/20/2005 7:19:21 PM | ITS0420 | ITS Withdrawal | ($4.00) | $490.60 |
| DEV | 4/19/2005 5:15:09 PM | ITS0419 | ITS Withdrawal | ($6.00) | $494.60 |
| DEV | 4/12/2005 6:40:06 PM | ITS0412 | ITS Withdrawal | ($5.00) | $500.60 |
| DEV | 4/9/2005 1:41:26 PM | ITS0409 | ITS Withdrawal | ($5.00) | $505.60 |
| DEV | 4/8/2005 7:07:15 PM | ITS0408 | ITS Withdrawal | ($5.00) | $510.60 |
| DEV | 4/6/2005 8:47:41 PM | ITS0406 | ITS Withdrawal | ($5.00) | $515.60 |
| DEV | 4/5/2005 10:22:50 AM | 5JV081 | Payroll - IPP | $5.25 | $520.60 |
| DEV | 4/4/2005 6:48:44 PM | ITS0404 | ITS Withdrawal | ($5.00) | $515.35 |
| DEV | 4/1/2005 7:47:13 PM | ITS0401 | ITS Withdrawal | ($5.00) | $520.35 |
| DEV | 4/1/2005 4:44:27 PM | ITS0401 | ITS Withdrawal | ($5.00) | $525.35 |
| DEV | 3/25/2005 6:47:38 PM | ITS0325 | ITS Withdrawal | ($5.00) | $530.35 |
| DEV | 3/23/2005 8:12:05 PM | ITS0323 | ITS Withdrawal | ($5.00) | $535.35 |
| DEV | 3/21/2005 6:29:18 PM | ITS0321 | ITS Withdrawal | ($5.00) | $540.35 |
| DEV | 3/20/2005 9:51:18 PM | ITS0320 | ITS Withdrawal | ($5.00) | $545.35 |
| DEV | 3/18/2005 5:51:09 PM | ITS0318 | ITS Withdrawal | ($5.00) | $550.35 |

1 2 3

Total Transactions: 137

Totals: ($220.79)   ($7.31)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $387.75 | $0.00 | $7.31 | $0.00 | $0.00 | $0.00 | $0.00 | $395.06 |
| Totals: | $387.75 | $0.00 | $7.31 | $0.00 | $0.00 | $0.00 | $0.00 | $395.06 |